# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD M. VILLARREAL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> R.J. REYNOLDS TOBACCO COMPANY AND PINSTRIPE, INC., <br><br> Defendants. | Civil Action No. 2:12-CV-0138-RWS <br><br> (Collective Action) |

## NOTICE OF APPEAL

Notice is hereby given that Richard M. Villarreal, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on January 20, 2015 (Doc. 89), and from the following earlier orders that merge into the final judgment: March 6, 2013 Order granting Defendants' Partial Motion to Dismiss (Doc. 58); November 26, 2013 Order denying Plaintiff's Motion for Leave to Amend Complaint (Doc. 67); and May 21, 2014 Judgment as to Certain Claims (Doc. 78).

/s/ John J. Almond
JOHN J. ALMOND
Georgia Bar No. 013613
jalmond@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street N.E.
Atlanta, GA  30303
Telephone:     404-522-4700
Facsimile:      404-525-2224

James M. Finberg
jfinberg@altber.com
P. Casey Pitts
cpitts@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:     415-421-7151
Facsimile:      415-788-9189

Shanon J. Carson
scarson@bm.net
Sarah R. Schalman-Bergen
sschalman-bergen@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:     800-424-6690
Facsimile:      215-875-4604

Todd M. Schneider
tschneider@schneiderwallace.com
SCHNEIDER WALLACE COTTREL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA  94104

2

3

        Telephone:    415-421-7100 ext. 306
        Facsimile:     415-421-7105

*Counsel for Plaintiff Richard M. Villarreal and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system that will send notification of such filing to all attorneys of record.

/s/ *John J. Almond*
John J. Almond
Georgia Bar No. 013613

*Counsel for Plaintiff Richard M. Villarreal*

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street N.E.
Atlanta, GA  30303
Telephone:  404-522-4700
Facsimile:   404-525-2224